**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JIMMY DEWAYNE STANLEY**                                                    **PLAINTIFF**


**v.**                          **Case No: 4:25-cv-01257-JM-PSH**


**DARRELL WAYNE ELKIN,** *et al.*                                          **DEFENDANTS**


<u>**ORDER**</u>

Plaintiff Jimmy Dewayne Stanley filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983 on December 4, 2025 (Doc. No. 1).   Stanley raises the same complaints currently awaiting screening in another case:  *Stanley v. Drew County Detention Center, et al.,* 4:25-cv-685-KGB-PSH ("*Stanley I*").   The Court is awaiting an amended complaint in that case.  *See* Doc. No. 30. At the Court's direction, Stanley has filed a notice in this case stating that he did not intend to file a new case.  *See* Doc. No. 4.  The Clerk of Court is therefore directed to file the complaint filed in this case as Stanley's amended complaint in *Stanley I*.  This case should then be administrative terminated and closed.

IT IS SO ORDERED this 6th day of January, 2026.



_____
UNITED STATES DISTRICT JUDGE